IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01905-AP

Ladean S. Landreville,

    Plaintiff,

v.

Carolyn W. Colvin, Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:

James R. Koncilja
Koncilja & Koncilja, P.C.
125 W. B St.
Pueblo, CO 81003
719- 543-9591
kandkpc@comcast.net

<u>For Defendant</u>:

John F. Walsh
United States Attorney

Allan D. Berger
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1961 Stout St., Suite 4169
Denver, CO 80294
303-844-2149
Allan.berger@ssa.gov

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    **A.    Date Complaint Was Filed: July, 8, 2013**

    **B.    Date Complaint Was Served on U.S. Attorney's Office: November 13, 2013**

    **C.    Date Answer and Administrative Record Were Filed: January 10, 2014**

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, both parties state that the record is complete and adequate.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

Both parties state that this case does not involve unusually complicated or out of the ordinary claims.

**7.    OTHER MATTERS**

Both parties raise no other matters before the Court

**8.    BRIEFING SCHEDULE**

    **A.    Plaintiff's Opening Brief Due: March 10, 2014**

    **B.    Defendant's Response Brief Due: April 7, 2014**

    **C.    Plaintiff's Reply Brief (If Any) Due: April 21, 2014**

**9.      STATEMENTS REGARDING ORAL ARGUMENT**

   A.   Plaintiff's Statement: Plaintiff does not request oral argument.

   B.   Defendant's Statement: Defendant does not request oral argument.

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice*.

   A.   ( )   All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

   B.   ( x )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 3rd day of <u>February</u>, 20<u>14</u>.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

| APPROVED: | UNITED STATES ATTORNEY |
|---|---|
| s/James R. Koncilja | s/Allan Berger |
| Koncilja & Koncilja, P.C. | By: Allan D. Berger |
| 125 W. B. St. | Special Assistant United States Attorney |
| Pueblo, CO 81003 | Assistant Regional Counsel |
| kandkpc@comcasr.net | Office of the General Counsel |
| Attorney for Plaintiff | Social Security Administration |
| | 1961 Stout St., Suite 4169 |
| | Denver, CO 80294 |
| | allan.berger@ssa.gov |
| | Attorneys for the Defendant |