IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01905-LTB

LADEAN S. LANDREVILLE,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Lewis T. Babcock on January 28, 2015, incorporated herein by reference, it is

ORDERED that the SSA's decision is AFFIRMED. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff, Ladean S. Landreville. It is

FURTHER ORDERED that this civil action and complaint are DISMISSED WITH PREJUDICE.

DATED at Denver, Colorado this  28th  day of January, 2015.

        FOR THE COURT:

        JEFFREY P. COLWELL, CLERK

        By: s/E. Buchanan
        E. Buchanan, Deputy Clerk